**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE: 415-281-2024
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
*b.hovis@mpglaw.com*
Catherine M. Lee (State Bar No. 197197)
*c.lee@mpglaw.com*

Attorneys for Defendant JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM S. GRUEN,<br><br>           Plaintiff,<br><br>       vs.<br><br>JPMORGAN CHASE BANK, N.A., a federally chartered National Bank, and DOES 1-25, inclusive,<br><br>           Defendants. | CASE No. 3:14-cv-04345-MEJ<br><br>~~[PROPOSED]~~ ORDER *GRANTING* STIPULATION FOR DISMISSAL WITH PREJUDICE |

1   Having reviewed the parties' Stipulation For Dismissal With Prejudice ("Stipulation") and
2   good cause appearing therefor, the Stipulation is GRANTED and the matter is DISMISSED
3   WITH PREJUDICE.
4       IT IS SO STIPULATED.

6   DATED: __March 6__, 2015

                                                                        Honorable Maria-Elena James
                                                                         UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, CA 94108-2817.

On March 5, 2015, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address k.ruiz@mpglaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2015, at San Francisco, California.

Katrina M. Ruiz

## SERVICE LIST

| | |
|---|---|
| Adam S. Gruen<br>Law Offices Of Adam S. Gruen<br>1791 Solano Ave., D-1<br>Berkeley, CA   94707 | Plaintiff, in pro per<br>Tel:    510-526-4949  (bus.)<br>Fax:    (510) 526-4947<br>e-m:    adamsgruen@aol.com |

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

934815.1

Case No. 3:14-cv-04345-MEJ
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE